■ In the Matter of T. CROUSE BARNUM et al., Respondents, v ROBERT Z. SROGI, as Commissioner of Assessment of the City of Syracuse, Respondent, and HANCOCK, ESTABROOK, RYAN, SHOVE & HUST, Appellant. — Order unanimously affirmed, without costs. Memorandum: This appeal is from an order which vacated an attorney's charging lien filed, pursuant to section 475 of the Judiciary Law, against a portion of the proceeds due under a judgment rendered in this tax certiorari proceeding. Appellant contends that there was a fee-splitting agreement between its firm and T. Crouse Barnum, the attorney of record, which permitted them to share in any contingent fee received as a result of the tax assessment litigation. In its petition, appellant alleges claims which may form the basis for a contractual claim (see *People v Keeffe,* 50 NY2d 149, 155), but we find no allegations sufficient to support a lien against the moneys available for satisfaction of the judgment (cf. *Matter of Gutchess,* 90

AD2d 663, 664). Only the attorney of record herein is entitled to an attorney's statutory or charging lien (*Melzer v 195 Broadway Corp.*, 18 AD2d 1108; *Friedland v 601 West 149th St.*, 15 AD2d 742; *Matter of Sebring*, 238 App Div 281; 7 NY Jur 2d, Attorneys at Law, § 176, pp 98-99). Appellant acknowledges that T. Crouse Barnum was the attorney of record, and that the firm of Smith, Sovik, Kendrick, McAuliffe & Schwarzer, P. C., was retained as trial and appellate counsel. (Appeal from order of Supreme Court, Onondaga County, Tenney, J. — attorney's lien.) Present — Callahan, J. P., Doerr, Boomer, Green and Schnepp, JJ.